================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 212  SSM 18
The People &c.,
            Appellant,
        v.
William Sosa,
            Respondent.

                Submitted by William Terrell, III, for appellant.
                Submitted by Jeffrey Delheim, for respondent.

MEMORANDUM:

        The order of the Appellate Division should be reversed

and the judgment of Supreme Court reinstated.  The record here

evidences that defendant was aware that he had the right to a

trial, had the benefit of his counsel's efforts and guidance,

- 1 -

spoke with counsel, and chose to forgo trial in favor of entering a guilty plea.  Therefore, the totality of the circumstances establish the voluntariness of the plea (People v Conceicao, 26 NY3d 375, 382-384 [2015]).

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On review of submissions pursuant to section 500.11 of the Rules (22 NYCRR 500.11), order reversed and judgment of Supreme Court, Bronx County, reinstated, in a memorandum.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Decided September 20, 2016